UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :     ORDER

           -v.-                     :     S11 01 Cr. 021 (VM)
                                          S5 04 Cr. 416 (VM)
MARIO VILLANUEVA MADRID,            :

           Defendant.               :

- - - - - - - - - - - - - - - - - - -x

       It is hereby ORDERED that the sentencing in this case is scheduled for January 18, 2013, at 2:30 p.m.

Dated:  New York, New York
        September 24, 2012

                                    VICTOR MARRERO
                                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/12



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2012

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007

    Re: <u>United States v. Mario Villanueva Madrid</u>,
        S11 01 Cr. 021, S5 04 Cr. 416 (VM)

Dear Judge Marrero:

    The Government respectfully submits this letter to request that the sentencing date for Mario Villanueva Madrid be scheduled for January 18, 2013, at 2:30 p.m. Richard Lind, Esq., counsel for the defendant, has informed me that this date for sentencing is acceptable to him and his client. A proposed order is attached.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney
                          Southern District of New York

      By: _____
                          Glen Kopp
                          Assistant United States Attorney
                          Tel.: (212) 637-2210

cc: Richard Lind, Esq. (By facsimile)